NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1431
(Opposition No. 91/177,477)

MARTELL & CO. (S.A.),

Appellant,

v.

TEQUILA CUERVO LA ROJENA, S.A. DE C.V.,

Appellee.

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

ON MOTION

O R D E R

Tequila Cuervo La Rojena states that it is withdrawing its application with the consent of Martell & Co. and that this renders appeal no. 2009-1431 moot. The court treats the submission as an unopposed motion to dismiss the appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

SEP 2 9 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:    H. John Campaign, Esq.
       Marie-Anne Mastrovito, Esq.
s17

ISSUED AS A MANDATE:    SEP 2 9 2009

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 9 2009

JAN HORBALY
CLERK